```
┌─────────────────────────────────────┐
│ ✓  FILED _____  LODGED ____   │
│    RECEIVED _____   COPY          │
│    ┌───────────────────────┐         │
│    │     AUG 26 2019        │         │
│    └───────────────────────┘         │
│    CLERK U.S. DISTRICT COURT         │
│       DISTRICT OF ARIZONA            │
│ BY_____ DEPUTY   │
└─────────────────────────────────────┘
```

Jeremy Pinson # 16267-064
Name and Prisoner/Booking Number

USP Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson AZ 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jeremy Pinson                                    ,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) J. Dukett                                    ,
(Full Name of Defendant)

(2) T. Schneider                                 ,

(3) E. Shaw                                      ,

(4) J. Kaslan                                    ,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

CV 19-422-TUC-RM-PSOT

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.   JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2.   Institution/city where violation occurred:   USP Tucson

**550/555**

## B.   DEFENDANTS

1.   Name of first Defendant: ___J. Dukett___ .  The first Defendant is employed
as: ___Officer___ at ___USP Tucson___ .
　　　　　　(Position and Title)　　　　　　　　　　　　　(Institution)

2.   Name of second Defendant: ___T. Schneider___ .  The second Defendant is employed as:
as: ___Officer___ at ___USP Tucson___ .
　　　　　　(Position and Title)　　　　　　　　　　　　　(Institution)

3.   Name of third Defendant: ___E. Shaw___ .  The third Defendant is employed
as: ___Officer___ at ___USP Tucson___
　　　　　　(Position and Title)　　　　　　　　　　　　　(Institution)

4.   Name of fourth Defendant: ___J. Karlan___ .  The fourth Defendant is employed
as: ___Officer___ at ___USP Tucson___ .
　　　　　　(Position and Title)　　　　　　　　　　　　　(Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.   PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2.   If yes, how many lawsuits have you filed? ___Hundreds___ .  Describe the previous lawsuits:

　　a.   First prior lawsuit:
　　　　1.   Parties: ___Pinson___ v. ___Ivey___
　　　　2.   Court and case number: ___18-CV-157   D.A.Z.___ .
　　　　3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) ___Pending___

　　b.   Second prior lawsuit:
　　　　1.   Parties: ___Pinson___ v. ___Estrada___
　　　　2.   Court and case number: ___18-CV-535   D.AZ.___
　　　　3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) ___Pending___

　　c.   Third prior lawsuit:
　　　　1.   Parties: ___Pinson___ v. ___Unknown___
　　　　2.   Court and case number: ___13-CV-2059   D. AZ___
　　　　3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?) ___Pending___

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: Violation of the 8th Amendment

2.  **Count I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    Plaintiff has a lengthy history of mental illness and has been involved in numerous high profile lawsuits about such (see District of Colorado Case No. 12-cv-1872) that have been chronicled in television, radio, newspaper articles and congressional hearings. Plaintiff was placed into the USP Tucson SHU April 20, 2019. She is suicidal and reported her suicidal intent to defendants Dukett, Schneider, Shaw, Karlan, Rodriguez, Shields, Coyle, Vasquez, Ruff repeatedly on their shifts in SHU as SHU officers. None of these defendants notified the psychologist on duty or a supervisor. Pinson self-mutilated several times causing substantial lacerations which were never examined by a medical professional. Dukett, Karlan and Schneider regularly encouraged mentally ill inmates such as plaintiff, Lamar Smith, Dial, Simons to commit suicide. Karlan provided Pinson a new razor to commit suicide. Dukett and Schneider regularly screamed "FUCKING FAGGOT" at Pinson who is transgender. BOP has severe problems of suicide, the most high profile of which was Jeffrey Epstein at MCC New York. Pinson is suicidal at this time.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
    Anxiety, Depression, Self-Mutilation

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☑ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count I?   ☑ Yes   ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?   ☑ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**COUNT II**

1. State the constitutional or other federal civil right that was violated: <u>Violation of 8th</u>
<u>Amendment and 1st Amendment.</u>

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Claim One is reincorporated in this claim.

Defendant Blanckensee sets local policy on conditions in SHU. Upon becoming Warden in 2018 Blanckensee banned all forms of mental and emotional stimulus in SHU such as newspapers, magazines, books, radios, televisions, educational programs, and such deprivations exacerbated plaintiff's existing mental illnesses. She additionally permitted her SIS and Mailroom staff to withhold all of Pinson's incoming and outgoing general correspondence. All the aforegoing was done as an official act of defendant BOP.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Anxiety, Depression, Self-Mutilation

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: Violation of 8th Amendment

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Inmates in SHU at USP Tucson access healthcare via a "Sick Call" procedure whereby a form is filled out and given to a nurse 4 days per week and forwarded to defendants Ash, Waite, Biehler who are medical doctors. Pinson from April 20, 2019 to Aug. 15, 2019 gave the Nurse multiple sick call requests seeking a CPAP machine, treatment for a painful earache, chest pains, chronic headaches, nerve pain and back pain. Defendants Ash, Waite, Biehler were never examined or treated Pinson. Ash and Biehler discontinued medications Wellbutrin and Perphenazine for no reason despite Pinson's significant mental illness and never rescheduled Pinson to see a psychiatrist

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Anxiety, Depression, Pain, Mental and Emotional Anguish, Shortness of breath.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III? ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

1. Damages in an amount determined by a jury.
2. Injunction enjoining BOP from denying proper treatment to Mentally ill SHU inmates, enjoining BOP from holding Plusbn in SHU, enjoining BOP from denying SHU inmates access to radios, books, mail, magazines, newspapers, and educational programs, enjoining denial of CPAP, Wellbutrin, pain medications and medical care
3. Award Costs and Fees

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8-80-19
                        DATE

                                                     SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

Defendants

| Name | Position | Location |
|------|----------|----------|
| J. Rodriguez | SHU Officer | USP Tucson |
| J. Coyle | SHU Officer | USP Tucson |
| G. Shields | SHU Officer | USP Tucson |
| M. Vasquez | SHU Officer | USP Tucson |
| J. Ruff | SHU Officer | USP Tucson |
| B. Blanckensee | Warden | USP Tucson |
| Bureau of Prisons | Agency | USP Tucson |
| Ann Ash | Medical Doctor | USP Tucson |
| S. Waite | Medical Doctor | USP Tucson |
| H. Biehler | Medical Doctor | USP Tucson |

7