Jeremy Pinson #16267-064
**Name and Prisoner/Booking Number**

USP Tucson
**Place of Confinement**

PO Box 24550
**Mailing Address**

Tucson, AZ 85734
**City, State, Zip Code**

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 30 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Jeremy Pinson,
         Plaintiff,
v.

J. Dokett, et al.,
         Defendant(s).

CASE NO. 19-cv-422-RM

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)

I, Jeremy Pinson, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?  ☑Yes ☐No   If "Yes," how many have you filed? Hundreds.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted? ☑Yes ☐No   If "Yes," how many of them? Many.

2. Are you currently employed at the institution where you are confined?  ☐Yes ☑No
If "Yes," state the amount of your pay and where you work. _____

3. Do you receive any other payments from the institution where you are confined?  ☐Yes ☑No
If "Yes," state the source and amount of the payments. _____

Revised 6/22/16                                  1

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined? ☐Yes ☐No
If "Yes," state the sources and amounts of the income, savings, or assets. Attached

I declare under penalty of perjury that the above information is true and correct.

9-20-19
DATE

SIGNATURE OF APPLICANT

## ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, Jeremy Pinson, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:
(A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or
(B) the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

9-20-19
DATE

SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, E. Witczak, certify that as of the date applicant signed this application:
(Printed name of official)
The applicant's trust account balance at this institution is: $ 5.73
The applicant's average monthly deposits during the prior six months is: $ 20.00
The applicant's average monthly balance during the prior six months is: $ 5.52
The attached certified account statement accurately reflects the status of the applicant's account.

9/23/19
DATE  AUTHORIZED SIGNATURE  Asst. Trust Fund Supervisor  FCC Tucson
TITLE/ID NUMBER  INSTITUTION

Revised 6/22/16

2