United States District Court
District of Arizona

Jeremy Pinson,
v.
United States

No. 19-cv-422-RM

Notice of Service of Discovery

Comes now the plaintiff pro se and files notice of service of discovery requests upon AUSA K. Foss via U.S. Mail 10-19-21:

1. Plaintiff's combined Request For Production and Request For Admissions.

Jeremy Pinson
Plaintiff - Pro Se