**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-19-00422-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| United States, | |
| Defendant. | |

Pending before the Court is Defendant's Motion for Leave to Depose Plaintiff. (Doc. 65.) Defendant requests leave of Court to depose Plaintiff and indicates that the deposition will take place via Zoom. (*Id.*) The Court's Scheduling Order grants Defendant leave to depose Plaintiff pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure. (Doc. 54 at 1.) Accordingly, to the extent the pending Motion requests such leave, it will be denied as moot. To the extent the pending Motion requests leave to depose Plaintiff via Zoom, the Motion will be granted.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that Defendant's Motion for Leave to Depose Plaintiff (Doc. 65) is **partially granted and partially denied as moot**, as set forth above.

Dated this 29th day of October, 2021.

                                                          _____
                                                          Honorable Rosemary Márquez
                                                          United States District Judge