GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
KATHERINE V. FOSS
Assistant U.S. Attorney
Arizona State Bar No. 029124
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
katherine.foss@usdoj.gov
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>United States of America,<br><br>　　　　　　　　Defendant. | **CV-19-00422-TUC-RM**<br><br>**NOTICE OF SERVICE OF DEFENDANT USA'S RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION AND REQUESTS FOR PRODUCTION** |

Defendant United States hereby provides notice that it served its response to Plaintiffs' first set of requests for admission and requests for production upon Plaintiff by first class U.S. mail on November 23, 2021.

DATED this 22nd day of November, 2021.

　　　　　　　　　　　　　　　　　GLENN B. McCORMICK
　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　*s/Katherine V. Foss*
　　　　　　　　　　　　　　　　　KATHERINE V. FOSS
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants. Additionally, the attached document has been sent via U.S. Mail to:

Jeremy Pinson
Register Number 16267-064
U.S.P. - COLEMAN
U.S. PENITENTIARY
P.O. BOX 1034
COLEMAN, FL 33521
*Plaintiff Pro Se*

s/ Lorna Conlisk