A<small>WERKAMP</small>, B<small>ONILLA</small> & G<small>ILES</small>, PLC
6891 N. Oracle Rd., Suite 155
Tucson, AZ 85704-4287
(520) 798-5282

Shannon Giles (SBN 018786)
sg@abdilaw.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>United States of America,<br><br>　　　　　　Defendant. | No. CV-19-00422-TUC-RM<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |

　　　Plaintiff, Jeremy Pinson, hereby gives notice that on June 14, 2022, she served on the following parties via email and by first-class U.S. mail, "*Plaintiff's Second Set of Request for Production of Documents to Defendant.*"

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
> KATHERINE V. FOSS
> Assistant U.S. Attorney
> United States Courthouse
> 405 W. Congress Street, Suite 4800
> Tucson, AZ  85701
> Katherine.foss@usdoj.gov
> Attorneys for Defendants

RESPECTFULLY SUBMITTED on June 14, 2022.

               AWERKAMP, BONILLA & GILES, PLC

               By /s/   Shannon Giles
                  Shannon Giles
                  *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 14, 2022, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record:

GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE V. FOSS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, AZ  85701
Katherine.foss@usdoj.gov
Attorneys for Defendants


By /s/   Shannon Giles
   Shannon Giles