GARY M. RESTAINO
United States Attorney
District of Arizona
KATHERINE V. FOSS
Assistant U.S. Attorney
Arizona State Bar No. 029124
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
katherine.foss@usdoj.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jeremy Pinson, | CV-19-00422-TUC-RM |
|---|---|
| Plaintiff, | NOTICE OF SERVICE OF DEFENDANT USA'S RESPONSE TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION |
| vs. | |
| United States of America, | |
| Defendant. | |

Defendant United States hereby provides notice that it served its response to Plaintiffs' second set of requests for production upon Plaintiff and Plaintiff's counsel by first class U.S. mail on July 14, 2022.

DATED this 13th day of July, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Katherine V. Foss*
KATHERINE V. FOSS
Assistant U.S. Attorney
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants. Additionally, the attached document has been sent via U.S. Mail to:

Shannon Giles, Esq.
AWERKAMP, BONILLA & GILES, PLC
6891 N. Oracle Rd., Suite 155
Tucson, AZ 85704-4287
*Attorney for Plaintiff (Discovery Only)*

Jeremy Pinson
Register Number 16267-064
USP Tucson
U.S. Penitentiary
P.O. Box 24550
Tucson AZ  85734
*Plaintiff Pro Se*

*s/ Lorna Conlisk*