**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-19-00422-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| United States, | |
| Defendant. | |

Pending before the Court is Plaintiff Jeremy Pinson's Motion for Order and Sanctions (Doc. 89) and Motion for Leave to Supplement Summary Judgment Evidence (Doc. 106).[1]

**I.  Background**

On June 15, 2022, Plaintiff Jeremy Pinson filed a Motion for Order and Sanctions. (Doc. 89.)  Defendant filed a Response on July 6, 2022, averring that Plaintiff had agreed to withdraw the Motion.  (Doc. 93.)  On August 1, 2022, the Court ordered Plaintiff to either move to withdraw the Motion or file a notice updating the Court regarding whether Plaintiff intended to pursue the Motion.  (Doc. 100.)

On the same date, the Court ordered Plaintiff's limited-scope pro bono counsel to file a notice stating whether Plaintiff intended to move to amend her Response to Defendant's Motion to Dismiss/Motion for Summary Judgment, and whether Plaintiff's counsel intended to move to withdraw following the completion of all discovery-related

---

[1] Also pending is Defendant's Motion to Dismiss/Motion for Summary Judgment (Doc. 76), which will be resolved separately.

work. (Doc. 101.) On August 19, 2022, Plaintiff's counsel filed a Notice stating that she intended to move to withdraw following the completion of discovery-related work, that Plaintiff intended to submit a supplemental document in support of her Response to Defendant's Motion to Dismiss/Motion for Summary Judgment, and that Plaintiff's counsel would confer with Plaintiff to determine Plaintiff's intention with respect to any other remaining matters. (Doc. 102.)

On August 23, 2022, the Court ordered Plaintiff to submit, on or before September 5, 2022, any supplemental materials in support of her Response to Defendant's Motion to Dismiss/Motion for Summary Judgment. (Doc. 103.) The Court also warned Plaintiff that it might summarily deny her Motion for Order and Sanctions if Plaintiff failed to file a notice on or before September 2, 2022 stating her intention of pursuing that Motion. (*Id.*)

On August 30, 2022, Plaintiff's counsel moved to withdraw, averring in relevant part, that: (1) Defendant had amended its response to a request for admission and Plaintiff intended to submit that evidence to the Court; and (2) Plaintiff's counsel had made Plaintiff aware of the Court's orders and the pending deadlines in this case. (Doc. 105.) The Court granted Plaintiff's counsel's Motion to Withdraw on September 6, 2022. (Doc. 107.)

**II.   Discussion**

On August 31, 2022, Plaintiff filed a Motion for Leave to Supplement Summary Judgment Evidence. (Doc. 106.) In the Motion, Plaintiff asks that, upon disposition of pending discovery disputes, the Court order defense counsel to submit under seal any new materials for the Court to review in conjunction with the pending dispositive motion. (*Id.*)

There are no discovery disputes currently pending before the Court in this case.[2] Because there are no pending discovery disputes awaiting resolution by the Court, and because it is unclear which materials Plaintiff is referring to in her Motion for Leave to

---

[2] Plaintiff's pending Motion for Order and Sanctions concerns Plaintiff's access to counsel. (*See* Doc. 89.)

Supplement Summary Judgment Evidence, the Court will deny Plaintiff's Motion for Leave to Supplement.

The Court previously granted Plaintiff permission to submit, on or before September 5, 2022, any supplementary materials in support of her Response to Defendant's Motion to Dismiss/Motion for Summary Judgment. (Doc. 103.) Plaintiff has not submitted any supplementary materials, and the deadline for doing so has expired. Furthermore, Plaintiff has not timely notified the Court that she intends to pursue her pending Motion for Order and Sanctions.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Order and Sanctions (Doc. 89) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to Supplement Summary Judgment Evidence (Doc. 106) is **denied**.

**IT IS FURTHER ORDERED** that Defendant may file a reply in support of its Motion to Dismiss/Motion for Summary Judgment on or before **September 15, 2022**. The Motion to Dismiss/Motion for Summary Judgment will be deemed ready for decision without oral argument on the day following the date set for filing a reply unless otherwise ordered by the Court.

Dated this 9th day of September, 2022.

_____
Honorable Rosemary Márquez
United States District Judge