# Exhibit 1
## Declaration of Jeremy V. Pinson

I declare under penalty of perjury that the following is true:

1. I am the plaintiff in this case and I opposed summary judgment successfully less than 60 days ago due to staff violating 28 CFR 115.62.

2. On Oct. 5, 2022 BOP Lt. Christensen interviewed me because I was attacked on Sept. 14, 2022 by sexual predator Tyrone Brown. During the interview Christensen said 28 CFR 115.62 did not require he protect me from Brown. I responded that he was incorrect and showed him Judge Marquez' ruling on 115.62 not being a discretionary function. Christensen read Judge Marquez' Order and asked me "so if I keep you in SHU or transfer you, are you gonna keep filing on me and other staff?" I replied, "if you keep breaking the rules because you place no value on my life or welfare noone in Central Office nor the Court is going to let you off the hook, this isn't the first time PREA regs were ignored, and I'm gonna keep suing until I get justice."

3. On Nov. 3, 2022 I participated in a settlement conference before Judge Leslie O. Bowman. Associate Warden M. Zautout spoke to me a half hour before the hearing, called me "a troublemaking bitch". He also stated "you are gonna get an incident report soon and when you do you will never see the general population here ever again."

4. On Nov. 8, 2022 I was served Incident Report 3695602 which is attached hereto. It was delivered by G. Shields.

1

5. I harbor serious concerns that staff are using my litigation, and prosecution thereof, as a means of keeping me in SHU as this incident report keeps me in SHU, carries a mandatory loss of 27 days good conduct time, as well as a loss of privileges such as phone, email and visits I use to communicate with my family. And if I continue to prosecute my legal claims this will keep happening to me.

Executed pursuant to 28 USC 1746.

_____
Jeremy Pinson

2

|  BP-A0288 | **INCIDENT REPORT** | | |
|---|---|---|---|
| Dept. of Justice / Federal Bureau of Prisons | | | |

### Part I - Incident Report

| 1. Institution: **TUCSON USP** | | Incident Report Number: **3695602** | |
|---|---|---|---|
| 2. Inmate's Name **PINSON, JEREMY** | 3. Register Number **16267-064** | 4. Date of Incident **10-05-2022** | 5. Time **1310 hrs** |
| 6. Place of Incident **Special Housing Unit** | 7. Assignment **P UNASSGN** | 8. Unit **6 GP** | |
| 9. Incident (299 -- DISRUPTIVE CONDUCT-HIGH) MOST LIKE 203 -- THREATENING BODILY HARM. | | 10. Prohibited Act Code(s) **203  299** | |

**11. Description Of Incident**
(Date: **11-08-2022**   Time: **0730 hrs**   staff became aware of incident)

Upon completion of an SIS investigation on November 7, 2022, at approximately 2:12 PM, it was determined inmate PINSON, JEREMY, #16267-064, made a threatening statement toward a staff member during PINSON'S interview conducted on October 5, 2022, by SIS in the case. Specifically, PINSON told an SIS Lieutenant PINSON is very good with legal matters and making allegations and has the ability to garner attention from OIG and Central Office due to PINSON'S relationship with high-ranking officials. PINSON also stated if the SIS Lieutenant returned PINSON to general population at USP Tucson and left PINSON alone, then PINSON would not pursue legal repercussions against the Lieutenant and the BOP.

| 12. Typed Name/Signature of Reporting Employee **K Moran** | | 13. Date And Time **11-08-2022 0738 hrs** | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | | 15. Date Report Delivered | 16. Time Report Delivered |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270                              Replaces BP-S288.052

*Attachment to Pinson Decl.*

EXHIBIT 2

Declaration of Ernesto Zaragosa-Solis III
64572-179

I declare under penalty of perjury the following is true:

1. I am housed in the Special Housing Unit with inmate Jeremy Pinson #16267-064 and have been Her cellmate since approximately July 20, 22.

2. On more then a dozen occasions and it has been my witness observation that she struggles with ideas and plans to commit suicide.

3. On November 8th 2022, i observed officer G. Shields tell inmate Pinson when delivering a incident report that if she did not drop her law-suits she was going to end up living in the Shu forever.

4. The incident report refrenced above refers to incident report # 3695602 wich I reviewd in preparing this declaration.

Pursuant to 28 U.S.C 1746 I declare under penalty of perjury that the following signature belowe certifices all of the above to be true and correct, to the best of my knowledge.

*Ernesto Zaragosa-Solis III*

Ernesto Zaragosa-Solis III
64572-179

Exhibit 3

Inmate Declarations from Pinson v. Othon, No. 20-CV-00169-RM (D. Ariz.).

Exhibit 2

# DECLARATION

Exhibit 2

I Daniel Salinas Declare The Folling is true:

1. I Am Housed in The SHU. With Jeremy Pinson.

2. On November 30th 2020 officer T. Schneider who was looking for my Cellmate Pinson. to deliver Her Legal Mail.

3. I told Him She was on the phone with Her Attorneys. He Said to me "that bitch is geting transferred on Dec. 11th 2020. No matter what She tells that Judge. So tell Her I'm going to laugh when She gets Covid 19 on That plane."

4. Rene ellis Spoke up And Said to T. Schneider "What About The Rest of us?" And T. Schneider Said "AW. Segal Said He tired of All you guys on That Covid 19. law Suit So you will Be used As Are guineapigs to See If we can get it Right, Half will die."

1 of 2

5. I fear for my life because it was the transports that started the outbreak here in the first place.

Executed under penalty of perjury under 28 USC 1746 on 11-30-2020.

Daniel Salinas #73403-097

2 of 2

Exhibit 3

Declaration       11-30-20

I declare that the following is true to the best of my knowledge:

1#  On 11-30-20 I was housed on B-Range cell #B-124 in the SHU when I heard a R&D staff member make some back and forth with inmate Ms. Pinson's cell mate about Ms. Pinson.

2#  The officer told inmate Salinas something about the Class Action headlined by Ms. Pinson's lawsuit concerning Covid-19 pigs or something like that! I can't really say quote unquote but I know the officer very irrate & vocal.

3#  Such behavor by BOP staff toward us inmates on B-Range, has us in fear, because we are exercising our rights and trying not to die from Covid-19 and the fact that all of the Plaintiffs in this case as interveners, SHU staff feeds us tiny portions of food, lack of access to the phone, visits, commissary, radios, witholding of incoming mail etc... The only medical care is unrelated to Covid-19 as if our lives don't matter. People who's ill from Covid-19 don't get to quarantine until 7-10 days after being tested really has me living in constant fear for me, Ms. Pinson and all the other participants in this civil matter.

4#  I will testify to all of the above in open court!

Executed under penalty of perjury 11-30-20.
Under 28 USC 1746        Michael Lynn Holmes

Exhibit 2

Declaration of Coty Waters #24364-408

I declare the following is true under penalty of perjury:

1. I am housed in the USP Tucson SHU with Jeremy Pinson who is commonly referred to as "Grace".

2. Neither Grace, Myself, nor any USP Tucson SHU inmate to my knowledge has access to social distancing, soap, shampoo, hand sanitizer, masks, gloves, personal protective equipment, medical screening for COVID-19 since March 26, 2020 at a minimum.

3. The majority of staff do not wear their face masks.

4. I have heard Officer Schneider regularly screaming at Grace for suing him. She is regularly verbally abused by staff over her lawsuits here.

5. Grace has helped me, and many others, seek compassionate release due to COVID-19.

6. I am aware the law library is not accessible due to COVID-19 in SHU, and staff use it as a restraint-chair room regularly.

7. I fear for my life in this prison, due to conditions and the COVID-19, I believe we are at great risk of dying and staff are being very retaliatory and abusive to Grace who is truly fighting to protect the life and wellbeing of fellow inmates. I support her efforts.

Executed pursuant to 28 U.S.C. 1746.

Coty Waters #24364-408

276

Exhibit 6

## DECLARATION

1) I, KEVIN BOLTON #12163-010, being an intervener in Pinson v. Unknown Othon et al attest to the truth of these statements to the best of my knowledge.

2) That on 11-30-20 while Jeremy Pinson was at a legal call R&D officer Mr. Schider, a defendant in this same case, made an improper comment towards Ms. Pinson and the class members of the above civil action.

3) The R&D officer stated that we were all going to be used as guinea pigs when they start mass transfers. And that "hopefully" they would get it right this time.

4) There was more that was said but I couldn't make out all that he said. 8

5) I know he said a lot more about Ms. Pinson by the responses of the inmates that heard him.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing to be true and correct, to the best of my knowledge.

12/1/20

Kevin Bolton

Exhibit 5

## Declaration

I declare under penalty of perjury the following is true:

1. I am housed in the USP Tucson SHU in cell 123 directly across from cell 142 which houses inmates Pinson and Salinas.

2. Ever since many SHU inmates began trying to intervene into Pinson's lawsuit, staff here in USP Tucson SHU have begun feeding us child-sized portions at meal times and sending us oatmeal containing insects, meat that smells rancid or is grossly undercooked. This is only being done to us.

3. On 11-22-2020 Officer Edwards, a food service supervisor made rounds in SHU to address the complaints about the poor quality of food we were being served as well as the child-sized portions we are being served. When Officer Edwards stopped at my door I complained of the small portions of food and the bugs/insects in my oatmeal at breakfast, to which he replied "Did Pinson tell you to ask that?" I replied "No, I'm asking why are all of us on this case are being served food with insects?" Edwards then became

pg 1 of 3

apoplectic and ripped my security ID photo tag off my cell door and threw it on the ground bellowing "That's why you're starving! Fuck all you rats on that lawsuit." All of this was captured on CCTV cameras located on the tier.

4. I have reason to worry about my food being served, BOP staff have been prosecuted for bad food (see Attachment A).

5. Furthermore on 11-30-2020 Officer T. Schneider told inmate Salinas all the interveners and Pinson are going to transfer on December 1, 2020 and he's now in charge of transfers and he's going to make sure we all leave. I have refused to leave my cell for any reason since September 10, 2020 because I'm aware of news accounts of transfers causing massive outbreaks (Attachment B) and of outbreaks in other BOP prisons (Attachment C).

6. I am awaiting potential compassionate release (CR. No. 3:01-1024-CMC). I do not want to die of COVID-19 as some inmates here have and there is a severe outbreak here as the memo dated 11-27-2020 reflects (Attachment D). I have also read the Flores Declaration and can also corroborate mass non-compliance with "donning" and "doffing" the staff

PG 2 OF 3

"PPE" when moving between the COVID-19 infected ranges in SHU and the non-infected ranges.

7. The SHU staff here at USP Tucson are not following newly implemented policy and procedure specifically put in place to protect us all from COVID-19 and because of their lackadaisical approach people are getting infected and inmates are dying. I want to go home to my family. I do not want to die in prison so I am sheltering in place and I refuse to leave my cell or accept a cellmate.

Executed under 28 USC 1746 on 11/30/2020

René Ellis Jr. #48385-086
USP Tucson
PO Box 24550
Tucson, AZ 85734

PG 3 of 3

## Declaration of Jordan Hidalgo

I declare under penalty of perjury the following:

1. I am housed on Bravo Range of the USP Tucson SHU which is a "Quarantine Range" according to staff.

2. Jeremy Pinson has for many months been on a "Keep Away" status despite no animosity between us whatsoever. Until she was quarantined on Sept. 30 I had no means of filing in court because I don't know what to do.

3. She allowed me to read the appallingly false declarations of Garrett Merrell, Darrin McWhorter and Sharon Bass. As did existing co-intervenors who expressed disgust.

4. Since moving to quarantine I can't purchase stamps on commissary, staff banned all of us from any access to the law library, we cannot have books, radios or a television, we get no soap or antiviral cleaning solution, daily laundry service is non-existant, we've had the same face mask for 7 months (never cleaned or exchanged).

5. Nursing Supervisor Batouche says our temperatures are to occur daily, does not happen for anyone in quarantine.

6. 2 weeks ago an inmate I share ventilation with as adjacent to his cell arrived from FCI Otisville on a COVID-19 positive bus.

7. On 10-16-20 we were served spoiled, malodorous meat at dinner. Prisoners who voiced opposition were pepper sprayed, broke quarantine being touched by a dozen staff, moved throughout unquarantined areas of SHU, then were returned to quarantine as if nothing occurred.

1                                                          (See Reverse →)

8. Several days ago, Officer Arriero while serving dinner was so visibly sick he was swaying on his feet, coughing and moving extremely slow before being quietly sent home.

9. I fully recognize the retaliation Pinson is enduring for helping people like myself. Staff obviously harbor deep animosity towards her when I see her interactions across from my cell. I mail my own motion so the AUSA doesn't claim it's a forgery.

10. Pinson and I, as well as others, have been told we are going to be packed onto a bus or aircraft to be sent to a distant prison in the next few weeks.

11. My concern is not just based on observation alone. In the last week news media accounts of a viral surge is ongoing (see Att. A) and at least one facility (USP Hazelton, WV) was asked by municipal officials to cease transfers where 4 inmates (quarantined like me) were infected by COVID-19 by the time they arrived after a cross-country transfer.

12. There are no medical staff here after 10pm, and only a doctor in SHU 1 hour every Wednesday for more than 100 inmates.

13. I greatly fear death or serious bodily injury absent an injunction or being moved to Home Confinement and for this reason alone seek to join this lawsuit.

Executed under 28 USC 1746 on 10-18-2020.

*Jordan Hidalgo*
Jordan Hidalgo



**U.S. Department of Justice**

**Federal Bureau of Prisons**

Western Regional Office
7338 Shoreline Drive
Stockton, California 95219

October 13, 2022

Jeremy Pinson
Reg. No. 16267-064
United States Penitentiary
PO BOX 24550
Tucson, AZ 85734

RE:   Administrative Claim No. TRT-WXR-2023-00201 Received: October 3, 2022

Dear Mr. Pinson:

This acknowledges receipt of your Claim for Damage, Injury or Death (Standard Form 95) submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq.

In accordance with the applicable provisions of the statute, this agency has up to six months from the date received in which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

Based on the location of your allegations, the Phoenix Consolidated Legal Center will be handling your claim for investigation and response. Please note all future correspondence and change of address should reference the administrative claim number and be directed to:

    Clay C. Cook
    Supervisory Attorney
    FCI Phoenix
    37900 N. 45th Ave.
    Phoenix, AZ 85086

Sincerely,

*For D. Wong*
DENNIS M. WONG
WESTERN REGIONAL COUNSEL

DMW/sg

Exhibit 4