GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL L. LINTON
Assistant U.S. Attorney
Arizona State Bar No. 024729
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Michael.Linton@usdoj.gov
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　　Defendant. | No. CV-19-422-TUC-RM<br><br>**DEFENDANT'S NOTICE REGARDING PLAINTIFF'S MOTION RENEWING REQUEST FOR INJUNCTION AND SPECIAL MASTER AND MOTION FOR RECONSIDERATION OF ORDER (Doc. 157).** |

　　　　Defendant, by and through undersigned counsel, hereby notifies the Court that it reads Plaintiff's Motion Renewing Request for Injunction and Special Master and Motion for Reconsideration of Order (Doc. 157) as a motion for reconsideration. Accordingly, pursuant to LR Civ. 7.2(g)(2), Defendant will not be filing a Response to the Motion unless ordered to do so by the Court.

　　　　Respectfully submitted on this 17th day of April, 2023.

　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　By　*s/ Michael L. Linton*
　　　　　　　　　　　　　　　　　　MICHAEL L. LINTON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*United States of America*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a copy of the attached document was also mailed on this day to:

Jeremy Pinson
Fed. Reg. No. # 16267-064
USP Tucson
P.O. Box 24550
Tucson AZ  85734
*Plaintiff Pro Se*

s/M. Parker