DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| U.S. District Judge: Rosemary Márquez | Date: June 6, 2023 |
|---|---|
| Jeremy Pinson v. J. Dukett, et al. | Case Number: CV-19-00422-TUC-RM |

Attorney for the Plaintiff: Amy Hernandez
Attorney for the Defendant: Michael Linton
Court reporter: Cheryl Cummings
Courtroom deputy: Sandra G. Fuller

**Pretrial Conference**

The Plaintiff is present appearing via Zoom.

The Court notes the Plaintiff's attorney has been recently appointed. The Court sets a **bench trial** on **November 6, 2023, at 9:30 a.m.** and will reserve two weeks for the bench trial.

The Court sets a deadline to file Motions *in Limine* by August 21, 2023.

The Court sets a **Pretrial Conference** on **September 28, 2023, at 1:30 p.m.** at which time any motions *in limine* filed will be heard.

Pretrial Conference: 1:32 p.m. to 1:39 p.m. (7 minutes)