# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-19-00422-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| United States, | |
| Defendant. | |

The above-captioned case is set for a bench trial on November 6, 2023. (Doc. 180.) The Court previously appointed attorney Amy Hernandez to represent Plaintiff Jeremy Pinson. (Doc. 175.) On July 25, 2023, Ms. Hernandez moved to withdraw. (Doc. 183.) On July 28, 2023, the Court granted the motion to withdraw. (Doc. 184.) In its July 28, 2023 Order, the Court affirmed all pending deadlines and hearings in this case, including the November 6, 2023 trial date. (*Id.*)

On July 27 and 31, 2023, Plaintiff filed two Motions (Docs. 185, 186) that she apparently mailed before she had received copies of Ms. Hernandez's Motion to Withdraw (Doc. 183) and this Court's Order (Doc. 184). In the first Motion, Plaintiff requests assistance communicating with Ms. Hernandez. (Doc. 185.) In the second Motion, Plaintiff asks the Court to grant Ms. Hernandez leave to withdraw and either appoint different counsel or continue all deadlines in this case. (Doc. 186.)

The Court will deny Plaintiff's first Motion as moot and will partially deny the second Motion as moot to the extent it asks the Court to grant Ms. Hernandez leave to

withdraw. The Court declines to appoint different counsel to represent Plaintiff in this matter. The Court will extend the motion in limine deadline but otherwise reaffirms all pending deadlines and hearings in this case.

**IT IS ORDERED** that Plaintiff's Motion (Doc. 185) is **denied as moot**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion Regarding Attorney Appointment (Doc. 186) is **partially denied as moot** to the extent it asks the Court to allow Ms. Hernandez to withdraw, **partially granted** to the extent it requests an extension of the motion in limine deadline, and **otherwise denied**. The parties shall file motions in limine on or before **September 1, 2023**. Responses to motions in limine shall be filed on or before **September 15, 2023**. No replies shall be permitted absent leave of Court.

**IT IS FURTHER ORDERED** that the November 6, 2023 bench trial and September 28, 2023 pretrial conference are **affirmed**. As specified in the Court's July 28, 2023 Order (Doc. 184), Plaintiff shall appear via videoconference at the September 28, 2023 pretrial conference.

Dated this 8th day of August, 2023.

Honorable Rosemary Márquez
United States District Judge