Declaration of Jeremy Pinson

I declare the following is true and correct under penalty of perjury:

1. I am the plaintiff in this civil action and am housed in the USP Tucson SHU.

2. I have been communicating, along with other inmates with Beth Schwartzapfel an investigative journalist at The Marshall Project, as well as numerous other national media outlets.

3. I received 2 letters from Schwartzapfel in late Sept. 2023. After the first (Att. A) arrived I asked Warden Mark Gutierrez to be allowed to use a telephone to call her and also to arrange an in-person interview. Gutierrez told me he would arrest her, any other reporters or protestors for trespassing. He stated his officers would arrest them at the prison and the trial.

4. When asked what I intended to say about him and BOP's lawyers, I advised them I had nothing good to say about them or the hateful way they have treated me and my rights.

5. On 10-3-23 I asked Lt. Alcantar for the telephone to call Schwartzapfel and was told I had no visits or phone calls permitted to the news media "per the Warden." I then

Ex-1

responded to Schwartzapfel's second letter to me via certified mail as did my cellmate. The 2nd letter is Attached hereto.

o- I believe the Warden is trying to scare or intimidate me to not speak to the news media.

Executed under 28 U.S.C. 1746.

*Jeremy Pinson*

The Marshall Project
156 W 56th St, 3rd floor STUDIO
NY NY 10019

U.S. POSTAGE PAID
FCM LETTER
ROSLINDALE, MA 02131
SEP 18, 2023
$5.01
R2304W121253-8

85734

Retail

RDC 99

JEREMY PINSON
#16267-064
USP TUCSON
PO BOX 24550
TUCSON AZ 85734

611-102

8573434550 0000

7022 3330 0001 0146 0727

CERTIFIED MAIL

Att. A

18 September 2023

Dear Grace,

I just finished re-reading all the letters and all the paperwork you sent me. In trying to make sure I had everything accounted for, I compiled it all in one place and read it all in one sitting. Wow, it was a sobering experience just to READ them back to back — and I know it's just describing a fraction of what you have actually experienced — I cannot even begin to imagine the hurt and pain you have felt, living through it. Just so you know, what happens when you mail me a letter is that it goes to our office on W56th St in New York. Because most of us live all over the place, a staffer goes to the office once a week to gather all the mail and scan each letter to those of us who are scattered in home offices around the country. So there is often a delay as far as us receiving it. Also they don't always scan the envelope so I'm not always sure what pages arrived together, and what the tracking number was. When you expressed concern that I might not have gotten everything you sent me, I asked them to go back and find and scan all the envelopes so I could confirm that I received it all. Here's what we found. I did receive the following:

- Two pieces of certified mail, tracking numbers ending in 3645 and 3779
- 3 additional pieces of mail that weren't certified (no tracking numbers), postmarked July 5, Aug 18, and Aug 7.
- One certified letter from Ernesto, tracking # ending in 6593 92.

That leaves one piece of certified mail unaccounted for, the one ending in 0610. I looked it up on the USPS website, and it looks like it WAS delivered to our office sometime in February. I flagged it for the admin person, who is out of town on a work trip this week but they promised to figure out what happened to it when they're back in the office next Monday.

I have so many questions, about your story and about Ernesto's. I think those questions are probably best answered in person or over the phone— there are so many complicated ins and outs, it's very hard to get the full story by writing letters back and forth. You mentioned in your note that you could maybe call me. That would be great. My number is █████████. I can get calls or texts (or faxes, if you know anyone with a fax machine in 2023 lol) on that number.

In the meantime, I reached out to the attorneys whose names you sent me. I have a call scheduled with Jim Davy for tomorrow. He also connected me with another attorney named Jennifer Tobin, who is collecting stories of people who have experienced sexual harassment and assault at Tucson. I will talk to her tomorrow too. I will write you again once I speak to them, but i wanted to get this letter out ASAP because I know you've been anxious to find out whether I received all your mail. I see that Amy Hernandez no longer represents you in your suit that's going to trial in November. Do you have a new attorney for that trial or are you pro se for that?

Take good care and stay safe.

All best,

Beth

Declaration of Elmer A. Moreno

I declare the following is true and correct under penalty of perjury:

1.) I am housed in the U.S.P Tucson S.H.U and I write this declaration to confirm that Att. A hereto is a true and correct copy of the letter I sent to Beth Schwartzapfel and the Marshall Project as certified mail # 9589 0710 5270 0838 6521 95.

Executed under 28 U.S.C 1746

(signature)
Elmer Moreno.

Ex. 2

Att. A

Oct. 2, 2023
Elmer A. Moreno #93653-280
U.S.P Tucson
P.O. Box 24550
Tucson, AZ 85734

Dear

my name is Elmer Moreno, and I am a 33yr. old prisoner at the United States Penitentiary Tucson Arizona. My cellmate is Grace Pinson in the Special Housing Unit. Grace as you are already aware is considered in our prison system as the, "Champion of the Underdogs." Most of the policy change within the B.O.P have Graces finger prints over the last decade, and that is why I would trust her with my life.

I have been in the Special Housing Unit since April 23, 2023 because on that date I was stabbed with a knife 10 times in general population. Afterword I chose to remain silent as I have endured over the last 12yrs in the B.O.P. I have never spoken to the press, I have never filed a lawsuit, and I haven't presented any written complaints to the administration. I am doing so now because enough is enough.

Two days ago a sex-offender in general population was stomped on his head until he died. He was body #16 since Jan. 1, 2020 at U.S.P Tucson. The staff members responsible for safety in this institution, enjoy seeing inmates hurt and kill one another. Warden Mark Gutierrez sets the tone for the entire institution. Warden Gutierrez has transformed this institution into a place when jail house lawyers are kept in the S.H.U long-term and transfered, while inmates cummiting SERIOUS mis conduct treat the entrence to the S.H.U like a revolving door. However, if you complain about staff, you will wait months or years waiting on a transfer.

①

This is my new reality because what happened on April 23, 2023 was only possible because Grace Pinson told the Warden to remove the inmate I fought with from general population for his own safety and the Warden told her, "Your friend better learn to fight or fuck." That warning about the man who would eventually stand within feet of me as the knife entered my back rib area and abdomen. I did not know Grace then but I know if staff would've listened to her, no one would've been injured on April 23, 2023.

As a result as Grace's leadership and tenacity, the Washington Lawyers Committee, for civil rights and urban affairs, has begun a massive investigation into U.S.P Tucson to address those abuses in federal court. That same law firm engineered the multi-million dollar settlement against the federal sup max at Florence, Colorado. If you would like to get more information, you can call Maya Vogt at: (202) 775-0323 or you can send an email to: justice@washlaw.org. Just ask about the U.S.P Tucson Class Action Investigation.

Because the B.O.P is now trying to force me to be placed into a state prison system to punish me, the Warden has guaranteed that I will spend many months or years in segregation. Like any other human being, a long-term segregation this setting has led me to thoughts of suicide for the first time in my life. But because I have Grace and as you know, her army of lawyers to help me like she is trying to help everyone else with all the time and energy she has.

Neither Grace nor I can call you as all phone ~~privledges~~ and visitation has been suspended indefenately because of yesterdays murder this status of being in comunicado may last for weeks or months. If you want to interview us the person you need to call is: Amanda Stangle at (520) 663-5000, and I will also send you a visitors form so that you can visit me.

(2)

Grace wanted me to tell you that her Norle trial is still on a will last several weeks, and in closing, I wish to convey my great hope that we can work together to be the agents of change that we hold dear to our hearts.

Sincerely,

Elmer A. Moreno