# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>        Plaintiff,<br><br>v.<br><br>United States,<br><br>        Defendant. | No. CV-19-00422-TUC-RM<br><br>**ORDER** |

    **IT IS ORDERED** appointing pro bono counsel Shannon Giles, of Awerkamp Bonilla & Giles PLC, to represent Plaintiff Jeremy Pinson solely for the limited purpose of conducting the cross-examination of Ricki Makhimetas during the bench trial in the above-captioned matter. Counsel shall file a notice of appearance within **ten (10) days** of the filing of this Order.

    Dated this 17th day of October, 2023.

_____
Honorable Rosemary Márquez
United States District Judge