# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>United States,<br><br>　　　　Defendant. | No. CV-19-00422-TUC-RM<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JEREMY PINSON, Inmate # 16267-064**<br><br>**DATE: 11/06/2023**<br>**TIME: 9:30 A.M.**<br>**LOCATION: Courtroom 5A, U.S. District Court, 405 W. Congress St., Tucson, AZ** |

**To the Warden of the United States Penitentiary—Tucson**

**YOU ARE COMMANDED** to produce the inmate named above to appear at the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the Court; and thereafter to return the inmate to the above institution.

**YOU ARE NOTIFIED** that the United States Marshals may be contacted to discuss any accommodations needed in the United States District Court for the District of Arizona, Tucson Division. The main phone number for the United States Marshals Service in Tucson, Arizona is 520-879-6900.

. . . .

. . . .

. . . .

**To the United States Marshal for this district and his deputies:**

**YOU ARE ORDERED** to make accommodations, including the use of a cell block or other facilities, to permit the Warden of the United States Penitentiary—Tucson, or his duly authorized agent(s), to comply with this Order.

**To the Clerk of Court:**

**IT IS ORDERED** that the Clerk of the Court shall affix the seal of this Court to this Order; serve (by certified mail) a copy of this Order bearing the Court's seal on the Warden of the United States Penitentiary—Tucson, 9300 S. Wilmot Rd., Tucson, AZ 85756, and the United States Marshals Service in Tucson, Arizona; and make an entry in the docket reflecting service as ordered herein.

Dated this 17th day of October, 2023.

_____
Honorable Rosemary Márquez
United States District Judge

cc: USM, Warden of USP—Tucson (via certified mail)