AWERKAMP, BONILLA & GILES, PLC
6891 N. Oracle Rd., Suite 155
Tucson, AZ 85704-4287
(520) 798-5282

Shannon Giles (SBN 018786)
sg@abdilaw.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>         Plaintiff,<br><br>    vs.<br><br>United States of America,<br><br>         Defendant. | No. CV-19-00422-TUC-RM<br><br>**NOTICE OF APPEARANCE** |

Shannon Giles of the law firm Awerkamp, Bonilla & Giles, P.L.C., hereby by gives notice of her appearance as counsel for Plaintiff, Jeremy Pinson, for the limited purpose of conducting the cross examination of Ricki Makhimetas during the bench trial in the above-captioned matter.

RESPECTFULLY SUBMITTED on October 30, 2023.

                                      AWERKAMP, BONILLA & GILES, PLC

                                      By /s/   Shannon Giles
                                            Shannon Giles
                                            *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2023, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record:

GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL L. LINTON
SARAH S. LETZKUS
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, AZ  85701
Attorneys for Defendants


By     /s/  Shannon Giles
       Shannon Giles