GARY M. RESTAINO
United States Attorney
District of Arizona
MICHAEL L. LINTON
Assistant U.S. Attorney
Arizona State Bar No. 024729
SARAH S. LETZKUS
Assistant U.S. Attorney
Arizona State Bar No. 027314
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
michael.linton@usdoj.gov
sarah.letzkus@usdoj.gov
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-19-422-TUC-RM |
| Plaintiff, | **NOTICE REGARDING ANTICIPATED TRIAL WITNESS SCHEDULE** |
| v. | |
| United States of America, | |
| Defendant. | |

Defendant, by and through undersigned counsel, hereby provides notice to the Court of the parties' anticipated trial schedule. Per the Court's prior orders (Docs. 223 and 234), Plaintiff and undersigned counsel conferred on October 30, 2023, regarding the dates and times they expect to call their respective trial witnesses. The parties agreed to the following proposed trial witness schedule:

<u>Monday, November 6, 2023</u>

9:30am: Opening Statements

11:00am: Lt. Merrell (in person)

1:30pm: Plaintiff (in person)

3:00pm: RN Avilez (in person)

1
2     <u>Tuesday, November 7, 2023</u>
3     9:30am: Dr. Licata (in person)
4     11:00am: DHO Estrada (in person)
5     1:30pm: Dr. Hayden (in person)
6
7     <u>Wednesday, November 8, 2023</u>
8     9:30am: LPN Williams (in person)
9     11:00am: Lt. Espinoza (in person)
10     1:30pm: Officer Vasquez (in person)
11
12     <u>Thursday, November 9, 2023</u>
13     9:30am: Inmate Bennett (via video-teleconference)
14     1:00pm: Inmate Bynum (via video-teleconference)
15     3:30pm: Inmate Zaragosa-Solis (via video-teleconference)
16
17     <u>Friday, November 10, 2023</u>
18     *Court closed for Veterans' Day*
19
20     <u>Monday, November 13, 2023</u>
21     9:30am: Inmate Makhimetas (via video-teleconference)
22     11:00am: RN Quesada (in person)
23     1:30pm: SIS Tech Lawson (via video-teleconference)
24     3:00pm: Lt. Falconer (in person)
25
26     <u>Tuesday, November 14, 2023</u>
27     9:30am: Closing Arguments
28 ///

1   Defendant reserves the right to call other witnesses that it listed in the Joint Pretrial
2   Order if necessary. In that case, these witnesses would be called to testify on Tuesday,
3   November 14, 2023.

4   Respectfully submitted on this 31st day of October, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

By *s/ Michael L. Linton*
MICHAEL L. LINTON
SARAH S. LETZKUS
Assistant U.S. Attorneys
*Attorneys for Defendant*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and transmittal of Notice of Electronic Filing to the following, who is not a CM/ECF registrant:

Jeremy Pinson
Fed. Reg. No. # 16267-064
USP Tucson
P.O. Box 24550
Tucson AZ  85734
*Plaintiff*

s/M. Parker

3