DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| U.S. District Judge: Rosemary Márquez | Date: November 6, 2023 |
|---|---|
| Jeremy Pinson v. J. Dukett, et al. | Case Number: CV-19-00422-TUC-RM |

Attorney for the plaintiff: Jeremy Pinson (Pro se)
Attorneys for the defendants: Michael Linton and Sarah Letzkus
Court reporter: Cindy Shearman
Courtroom deputy: Sandra G. Fuller

**Bench Trial - Day 1**

**9:50 a.m.** The parties present opening statements to the Court.

The plaintiff, Jeremy Pinson, invokes the rule of exclusion. Mr. Linton informs the Court that Miguel Vasquez is the agent representative, and asks the agent be allowed to remain in the courtroom during testimony.

The plaintiff's witness, Lieutenant Garrett Merrell, taken out of order, is sworn and examined.

The defendant's exhibits, 104, 101, 105, 106, 113, 114, and 115, are admitted without objection. The plaintiff's exhibit, 26, is admitted without objection. The parties stipulate to the defendant's exhibit, 109, and the exhibit is admitted.

Mr. Linton informs the Court the witness is part of the plaintiff's escort team and has been taken out of order to continue to provide security services.

**11:31 a.m.-1:07 p.m.** The Court takes a lunch recess.

The plaintiff, Jeremy Pinson, is sworn and examined. The defendant's exhibit 145, is admitted without objection and is sealed pursuant to the protection order. The defendant's exhibits, 132 and 121, are admitted without objection.

**2:08 p.m.-2:28 p.m.** The Court takes an afternoon recess.

The plaintiff's witness, Jaclyn Avilez, is sworn and examined.

The plaintiff's witness, Dr. Samantha Licata, is sworn and examined. The defendant's exhibits, 108, 103, and 119, are admitted without objection. Exhibit 119 is sealed pursuant to the protection order.

The Court continues the **Bench Trial** to **November 7, 2023, at 9:30 a.m.**

Bench Trial - Day 1: 9:50 a.m. to 4:00 p.m. (4 hours and 14 minutes)