DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Rosemary Márquez | Date: November 8, 2023 |
| Jeremy Pinson v. J. Dukett, et al. | Case Number: CV-19-00422-TUC-RM |

Attorney for the plaintiff: Jeremy Pinson (Pro se)
Attorneys for the defendants: Michael Linton and Sarah Letzkus
Court reporter: Cindy Shearman
Courtroom deputy: Sandra G. Fuller

**Bench Trial - Day 3**

**9:42 a.m.** The Court notes the presence of the parties.

Mr. Linton informs the Court the defendant's exhibit, 137, has been admitted and requests, without objection, that the exhibit be sealed. Mr. Linton further notes the unredacted versions of the defendant's exhibits, 102 and 129, are being provided to the Court for *in camera* review. Mr. Linton notes the defendant's exhibit, 102, is now identified as the defendant's exhibit 149 and the defendant's exhibit, 129, is now identified as the defendant's exhibit 150 both in unredacted form and for *in camera* review only.

The plaintiff's witness, Anthony Michael Bennett, appearing via Zoom, is sworn and examined. The defendant's exhibit, 134, is admitted under seal, without objection, and with the parties agreeing to publicly display the document for purposes of examination only.

The defendant's witness, Joseph Quesada, taken out of order, is sworn and examined. The defendant's exhibits, 112 and 151, are admitted under seal and without objection.

**10:45 a.m.-11:00 a.m.** The Court takes a mid-morning recess.

The plaintiff's witness, Samuel Damian Bynum, appearing via Zoom, is sworn and examined.

The defendant's witness, Jeremy Lawson, appearing via Zoom and taken out of order, is sworn and examined. The defendant's exhibit, 152, is admitted under seal, without objection, and with the parties agreeing to publicly display the document for purposes of examination only.

The defendant's exhibit, 117, is admitted without objection. The parties stipulate to the defendant's exhibit, 127, which is admitted.

**12:50 p.m.** The Court continues the **Bench Trial** to **November 9, 2023, at 9:30 a.m.**

**12:58 p.m.** An **off-the-record** discussion is held with the Court and the parties. Ms. Pinson informs the Court she does not intend to call the plaintiff's witness, Ernesto Zaragosa-Solis, who is scheduled to appear on November 9, 2023. Mr. Linton informs the Court he is able to reschedule the defendant's witness, Keith Falconer, initially scheduled to appear on November 9, 2023, to November 13, 2023. The parties further inform the Court they are optimistic the bench trial will conclude on Monday, November 13, 2023.

| Jeremy Pinson v. J. Dukett, et al. | Date: November 8, 2023 |
|---|---|
| Case Number: CV-19-00422-TUC-RM | Page 2 of 2 |

The Court **VACATES** the Bench Trial currently set November 9, 2023, at 9:30 a.m. and continues the **Bench Trial** to **November 13, 2023, at 9:30 a.m.**

Bench Trial - Day 3: 9:42 a.m. to 1:02 p.m. (2 hours and 57 minutes)