# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson, | No. CV-19-00422-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| United States, | |
| Defendant. | |

Pending before the Court is attorney Shannon Giles's Motion to Withdraw as Counsel of Record. (Doc. 266.) Attorney Giles was appointed for the limited purpose of conducting the cross-examination of Ricki Makhimetas during the bench trial in the above-captioned matter (Doc. 219), but Defendant elected not to call Makhimetas as a witness. Accordingly, pursuant to LRCiv 83.3,

**IT IS ORDERED** that the Motion to Withdraw as Counsel of Record (Doc. 266) is **granted**. Attorney Shannon Giles is hereby withdrawn as counsel of record for Plaintiff Jeremy Pinson in the above-captioned matter. The Clerk of Court is directed to update the docket accordingly.

Dated this 27th day of November, 2023.

Honorable Rosemary Márquez
United States District Judge