# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>    Plaintiff,<br><br>v.<br><br>United States,<br><br>    Defendant. | **NO. CV-19-00422-TUC-RM**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed June 21, 2024, judgment is entered, finding Defendant liable to Plaintiff in the amount of $10,000.00.

                                                             Debra D. Lucas
                                                             District Court Executive/Clerk of Court

June 21, 2024

                                               By    s/ A. Calderón
                                                       Deputy Clerk