FILED
RECEIVED ___ COPY

JUL 12 2024

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States District Court
District of Arizona

Jeremy Pinson,
        Plaintiff,

v.                                              No. CV-19-00422-TUC-RM

United States,
        Defendant

## Motion For Excerpts of Record To Appeal

Comes now the pro se plaintiff pursuant to Ninth Circuit Rule 30-3 and asks the Court to Order the Clerk to send plaintiff a copy of the docket sheet in this action so that Plaintiff may refile pursuant to Cir. R. 30-3 for excerpts of the record by docket number to obtain all the necessary excerpts of the records she needs to prepare her opening Brief on appeal as Cir. R. 30-3 requires the Clerk to do with no charge to Plaintiff who proceeds in forma pauperis. In prior cases under Cir. R. 30-3 this Court has directed Plaintiff to first seek a docket sheet and refile using docket numbers so Plaintiff is doing so in this case on the basis of prior directives in other cases. Plaintiff's Notice of Appeal is filed separately herewith from Doc. 288 which makes Cir. R. 30-3 applicable to this Motion.

Jeremy Pinson

1 of 2

CERTIFICATE OF SERVICE

CASE TITLE: Pinson v. United States

Case No. 19-CV-00422

I, Jeremy Pinson, do certify that I am mailing this filing to the Court on the same date as I am mailing it to: AUSA Letzkus/Linton ___ on 7-8-24 ___ via United States Mail. I have hand delivered both in an envelope marked as "Legal Mail" with first class postage prepaid and properly addressed to a member of my Unit Team Hottenstein for depositing into the U.S. Postal Mail. I declare that this is true and correct under penalty of perjury pursuant to 28 U.S.C. 1746 on 7-8-24 ___.

Jeremy Pinson

2 of 2