FILED ___ LODGED ___
RECEIVED ___ COPY ___
JUL 12 2024
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States District Court
District of Arizona

Jeremy Pinson,
 Plaintiff,
v.
United States,
 Defendant

No. CV-19-00422-TUC-RM

Notice of an Appeal

Comes now the pro se plaintiff and hereby files Notice of an Appeal to the Ninth Circuit from the final Judgment (Doc. 288) in this case and cause pursuant to 28 U.S.C. 1291 and Fed. R. App. P. 4.

Jeremy Pinson #16267-064
USP Allenwood
PO Box 3000
White Deer PA 17887
Plaintiff - Pro Se

CERTIFICATE OF SERVICE

CASE TITLE: Pinson v. USA

Case No. 19-CV-00422

I, Jeremy Pinson, do certify that I am mailing this filing to the Court on the same date as I am mailing it to: AUSAs Linton/Letzkus on 7-8-24 via United States Mail. I have hand delivered both in an envelope marked as "Legal Mail" with first class postage prepaid and properly addressed to a member of my Unit Team Hottenstein for depositing into the U.S. Postal Mail. I declare that this is true and correct under penalty of perjury pursuant to 28 U.S.C. 1746 on 7-8-24.

Jeremy Pinson