| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 15 2024 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| JEREMY VAUGHN PINSON, | No. 24-4458 |
| Plaintiff - Appellant, | D.C. No. 4:19-cv-00422-RM |
| v. | District of Arizona, Tucson |
| UNITED STATES OF AMERICA, | ORDER |
| Defendant - Appellee. | |

Appellant **Jeremy Vaughn Pinson**, prison identification number **16267-064**, has been granted leave to proceed in forma pauperis in this appeal and has completed and filed the required authorization form directing the appropriate prison officials to assess, collect, and forward to the district court the filing and docketing fees for this appeal pursuant to 28 U.S.C. § 1915(b)(1) and (2). This court hereby assesses an initial filing fee of 20 percent of the greater of: (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the **July 12, 2024** notice of appeal. Appellant is not responsible for payment when the funds in appellant's prison trust account total less than $10, but payments must resume when additional deposits are made or funds are otherwise available.

The Clerk will serve this order and appellant's completed authorization form on the officials at **USP Allenwood, P.O. Box 3000, White Deer, PA**, who will notify the appropriate agency or prison authority responsible for calculating, collecting, and forwarding the initial payment assessed in this order and for assessing, collecting, and forwarding the remaining monthly payments of the fee to the district court for this appeal. *See* 28 U.S.C. § 1915(b)(2). Each payment should be accompanied by the district court and appellate docket numbers for this appeal and a record of previous payments made for this appeal.

Briefing is stayed until the court decides appellant's motion for appointment of counsel.

The Clerk will also serve a copy of this order on the district court Clerk and the district court financial unit.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Prisoner Authorization Form

**9th Cir. Case Number:** ~~~~ 24-4458



RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
AUG 09 2024
FILED DOCKETED DATE INITIAL

I, **Jeremy Pinson**, am the Appellant in the above case number. I understand that I am required by statute to pay the full amount of the $605.00 docketing and filing fees for this appeal, regardless of my forma pauperis status, and regardless of the disposition of this appeal. I hereby authorize the prison officials at this institution to assess, collect, and forward to the district court the full amount of these fees, in monthly increments based on 20 percent of the average of deposits to or balance in my prison trust account, subject to the provisions set forth in 28 U.S.C. § 1915(b).

I understand that I am not responsible for payment when the funds in my trust account total less than $10.00, but that payments will resume when additional deposits are made or funds are otherwise available.

| | |
|---|---|
| **NAME** | Jeremy Pinson |
| **SIGNATURE** | [signature] |
| **CASE NO.** | 24-4458 |
| **PRISONER I.D. NO.** | 16267-064 |
| **PRISON FACILITY** | USP Allenwood |
| **ADDRESS** | PO Box 3000 |
| | White Deer PA 17887 |
| **DATE** | 8-1-24 |

**Mail this form to the Court at:**
*Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939*