United States District Court
District of Arizona

Jeremy Pinson,
  Plaintiff,
v.
United States,
  Defendant

Case No. 19-CV-00422-RM

Renewed Motion For Excerpts of Record For Ninth Circuit Appeal

Comes now the pro se plaintiff pursuant to 9th Cir. Rule 30-3 (See e.g. Doc. 294) and seeks an Order directing the Clerk to mail to Plaintiff the following:

Doc. No. 1, 7, 16, 21, 46, 53, 70, 74, 82, 94, 98, 102, 106, 108, 114, 119, 121, 122, 123, 128, 129, 152, 153, 154, 175, 187, 206, 213, 214, 215, 217, 240, 241, 242, 245, 246, 248, 284, 285

within 30 days so Plaintiff may meet the deadline to file her pro se Opening Brief as ordered by the Ninth Circuit Court.

Jeremy Pinson

CERTIFICATE OF SERVICE

CASE TITLE: Pinson v. United States

Case No. 19-CV-422-RM

I, Jeremy Pinson, do certify that I am mailing this filing to the Court on the same date as I am mailing it to: AUSA Linton + Letzkus on 9-12-24 via United States Mail. I have hand delivered both in an envelope marked as "Legal Mail" with first class postage prepaid and properly addressed to a member of my Unit Team Hottenstein for depositing into the U.S. Postal Mail. I declare that this is true and correct under penalty of perjury pursuant to 28 U.S.C. 1746 on 9-12-24.

Jeremy Pinson