IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeremy Pinson,<br><br>        Plaintiff,<br><br>v.<br><br>United States,<br><br>        Defendant. | No. CV-19-00422-TUC-RM<br><br>**ORDER** |

      Pending before the Court is Plaintiff Jeremy Pinson's Renewed Motion for Excerpts of Record for Appeal. (Doc. 296.) Plaintiff seeks copies of specified docket entries for purposes of filing excerpts of record for her appeal pending before the Ninth Circuit Court of Appeals. (*Id.*)

      Ninth Circuit Rule of Appellate Procedure 30-3 provides that, in appeals by unrepresented prisoners, "the clerk of the district court shall, within 21 days from the receipt of the prisoner's written request, forward to the prisoner copies of the documents comprising the excerpts of record, so that the prisoner can prepare the briefs on appeal." The copies are to be produced at no charge to prisoners proceeding in forma pauperis. 9th Cir. R. App. P. 30-3.

      Plaintiff was granted leave to proceed in forma pauperis in the district court (Doc. 7) and has also been granted leave to proceed in forma pauperis on appeal (Doc. 295). Accordingly, pursuant to Ninth Circuit Rule of Appellate Procedure 30-3,

. . . .

**IT IS ORDERED** that Plaintiff's Motion (Doc. 296) is **granted**.  The Clerk of Court is directed to mail Plaintiff Jeremy Pinson copies of the following documents at no charge:

- Docs. 1, 7, 16, 21, 46, 53, 70, 74, 82, 94, 98, 102, 106, 108, 114, 119, 121, 122, 123, 128, 129, 152, 153, 154, 175, 187, 206, 213, 214, 215, 217, 240, 241, 242, 245, 246, 248, 284, 285

Dated this 24th day of September, 2024.

_____
Honorable Rosemary Márquez
United States District Judge